UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MAZZETTA COMPANY, LLC,

               Plaintiff,

    -against-

ANCHOR FROZEN FOOD CORP.,

              Defendant.
---------------------------------------------------------------- X

05 CV 5224 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated May 26, 2006 from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court grants plaintiff's motion for default judgment. The court orders that defendant shall be permanently enjoined from using the marks ACARA and ACARA PESCA. In addition, the court orders that judgment be entered against defendant for $10,738.55 in attorneys' fees and costs.

    SO ORDERED.

                                  Allyne R. Ross
                                  _____
                                  Allyne R. Ross
                                  United States District Judge

Dated: May 26, 2006
       Brooklyn, New York

SERVICE LIST:

*Counsel for Plaintiff:*
Andrew L. Deutsch
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Defendant*:
Anchor Frozen Foods Corp.
28 Urban Avenue, 1st Floor
Westbury, NY 11590

cc: Magistrate Robert M. Levy