UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAZZETTA COMPANY, LLC,

                Plaintiff,

-against-

ANCHOR FROZEN FOOD CORP.,

                Defendant.
------------------------------------------------------------X

JUDGMENT
05-CV- 5224 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 21, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated May 26, 2006, after a de novo review of the record; granting plaintiff's motion for a default judgment; ordering that defendant shall be permanently enjoined from using the marks ACARA and ACARA PESCA; and directing the Clerk of to enter judgment against defendant for $10,738.55 in attorneys' fees and costs; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Robert M. Levy is adopted in its entirety; that plaintiff's motion for a default judgment is granted; that defendant, Anchor Frozen Food Corp., shall be permanently enjoined from using the marks ACARA and ACARA PESCA; and that judgment is hereby entered in favor of plaintiff, Mazzetta Company, LLC, and against defendant, Anchor Frozen Food Corp., awarding $10,738.55 in attorneys' fees and costs.


Dated: Brooklyn, New York
       June 21, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court