


DLA PIPER RUDNICK GRAY CARY

DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.335.4500 (*new as of 6/19/06*)
F 212.335.4501 (*new as of 6/19/06*)
W www.dlapiper.com

MONICA P. MCCABE
monica.mccabe@dlapiper.com
T 212.335.4964 (*new as of 6/19/06*)
F 212.884.8464 (*unchanged*)

August 4, 2006

**BY FACSIMILE**

MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT

*The parties shall submit another status report on September 6, 2006. So Ordered.*

*9/6/06*

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Mazzetta Company, LLC v. Anchor Frozen Foods Corp.;*
05-CV-5224 (ARR)

Dear Judge Levy:

We are writing on behalf of all counsel in the above-referenced action pursuant to this Court's July 20, 2006, Order.

Counsel have exchanged settlement proposals and we believe we are close to settlement. We are hopeful of reaching a full resolution in the near future. We will advise the Court as soon as there are further developments.

Respectfully submitted,

Monica P. McCabe

MPM/js

cc: Arnold L. Kert, Esq. (via facsimile)
Andrew L. Deutsch, Esq.

**Serving clients globally**